# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLARENCE D. LEWIS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2022 CW 0372

**JULY 18, 2022**

---

In Re:    Clarence D. Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 528191, 716114.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**  Relator, Clarence D. Lewis, seeks mandamus relief to order service of a second step response in ARP no. 2004-0816, to complete his appeal process and seeks to vacate the ruling in docket no. 528191.  However, his petition for judicial review of the administrative decision in that matter was dismissed without prejudice on March 2, 2005.  This court affirmed that ruling.  See **Lewis v. Rogers,** 2005-1138 (La. App. 1st Cir. 6/9/06), 938 So.2d 1025.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sₙⱱ*
_____
DEPUTY CLERK OF COURT
FOR THE COURT